UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTA ANN HOWARD,

          Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.

_____/

HONORABLE PAUL L. MALONEY

Case No. 1:14-cv-469

### ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE

On May 21, 2014, an order issued denying the plaintiff's application for leave to proceed *in forma pauperis* in this action (ECF No. 4)  The order further directed the plaintiff to pay the $400.00 filing fee within 28 days or the action would be dismissed.  To date, the plaintiff has not paid the filing fee.  Dismissal of the action is appropriate as the plaintiff has failed to comply with a court order.  Fed. R. Civ. P. 41(b), *see Link v. Wabash R.R. CO.*, 370 U.S. 626, 632-633 (1962).  Accordingly,

        **IT IS HEREBY ORDERED** that this matter is DISMISSED.

Date:  June 30, 2014

         _/s/ Paul L. Maloney_____
         Paul L. Maloney
         Chief United States District Judge